IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AUTO OWNERS INSURANCE COMPANY                                    PLAINTIFF

vs.                      NO.  5:17-cv-5249-TLB

YOUNG ET AL                                                      DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 26th day of January, 2018, the plaintiff herein having filed his Notice of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK



BY: /s/ *Roxana guerrero*
Deputy Clerk